# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0589

VERSUS

MORRIS JOSEPH HOLLINS

**AUGUST 18, 2025**

---

In Re:    Morris Joseph Hollins, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 84723.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

> PMc
> HG
> TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT